REJECTED PURSUANT TO RULE 79.2(C)
COURT OF CRIMINAL APPEALS

October 8, 2015

ABEL ACOSTA, CLERK

PD-0105-15

IN THE CRIMINAL COURT OF APPEALS
AUSTIN.TEXAS.PO BOX 12308 CAPITOL STAT

EX PARTE:
·IGNACIO M GONZALES                    VS:
TDC# 1890295
1525 F M 766                     THE STATE OF TEXAS
CUERO.TEXAS 77954                CAUSE NO.1377915
STEVENSON UNIT
                                 C O A NO.01-13-00902-CR

                                      PD-0105-15


MOTION FOR RECONSIDERATION.

COMES NOW THE DEFENDANT AND RESPECTFULLY REQUEST FROM THIS COURT
TO RECONSIDER APPLICANT'S PDR
THE COURT HAS NOT STATED THE REASONS OF THE REFUSAL OF APPLICANT'
S PDR  WHICH IS CONTRARY TO TRAP RULE 1.2(c)AND TRAP 44.2.44.3AND
44.4 THEREFORE APPLICANT REQUESTS AN OPPORTUNITY TO REPAIR ANY
DEFORMALITIES FOUND ON SAID PDR NOT GRANTING ME AN OPPORTUNITY
TO FIX ANY IRREGULARITIES ON MY LEGITIMATE COMPLAIN WILL BE
CONSIDERED A FUNDAMENTAL MISCARREAGE IN JUSTICE.


PRAYER

I IGNACIO M. GONZALES RESPECTFULLY PRAY THAT THI COURT WILL NOT
ONLY GRANT ME THE OPPORTUNITY TO FIX OR AMEND MY CLAIM BUT ALSO
THE REASON OF THE COURTS REFFUSAL OF THE SAME I PRAY.


RESPECTFULLT SUBMITTED BY
IGNACIO M. GONZALES
1525 F.M.766
CUERO.TEXAS 77954

X                          TODAY'S DATE:10/01/2015

cc/cc
RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 07 2015

Abel Acosta, Clerk

1890295
Ignacio M. Gonzales
STEVENSON UNIT.
1525 FM 766
Cuero Tx. 77954

LEGAL MAIL

78711359559

SAN ANTONIO TX 783
RIO GRANDE DISTRICT
03 OCT 2015 PM 3 L

CRIMINAL COURT OF APPEALS
AUSTIN TX. PO BOX 12308
CAPITOL STAT
Austin TX    78711

78711359559